Dismissed and Memorandum Opinion filed November 10, 2005









Dismissed and Memorandum Opinion filed November 10,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00763-CR

NO.
14-05-00764-CR

____________

 

AUBIN LEE
SIMS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County,
Texas

Trial Court Cause Nos. 1017938
& 1017939

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to two charges of indecency
with a child.  On July 5, 2005, in
accordance with the terms of plea bargain agreements with the State, the trial
court sentenced appellant in each case to confinement for five years in the
Institutional Division of the Texas Department of Criminal Justice, with the
sentences to be served concurrently. 
Appellant filed a pro se notice of appeal in each case.  Because appellant has no right to appeal, we
dismiss.  








In each case, the trial court entered a certification of the
defendant=s right to appeal in which the court
certified that each is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 10, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex. R. App.
P. 47.2(b).